# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 25-736


**TIMOTHY AUSTIN SCAIFE**

**VERSUS**

**AMANDA WHITE SCAIFE**


**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NUMBER 67,903
HONORABLE VERITY GENTRY, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## CLAYTON DAVIS
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Sharon Darville Wilson, Gary J. Ortego, and Clayton Davis, Judges.



**AFFIRMED.**

**Anna Louise Garcie**
**Joseph R. Stevens**
**Sabine Parish District Attorney**
**495 Capitol St.**
**Many, LA 71449**
**(318) 256-6246**
**COUNSEL FOR OTHER APPELLEE:**
    **State of Louisiana**

**Joshua S. Guillory**
**Attorney at Law**
**203 W. Brentwood Blvd, Ste 3**
**Lafayette, LA 70506**
**(337) 233-1303**
**COUNSEL FOR PLAINTIFF APPELLANT:**
    **Timothy Austin Scaife**

**Amanda White**
**In Proper Person**
**1493 Forest Drive**
**Leesville, LA 71446**
**(000) 000-0000**
**COUNSEL FOR DEFENDANT APPELLEE:**
    **Amanda White**

**DAVIS, Judge.**

In this companion appeal, Timothy Austin Scaife appeals the judgment of the trial court fixing his child support obligation. For the reasons assigned in *Scaife v. Scaife.*, 25-735 (La.App. 3 Cir. __/__/26), ___ So.3d ___, we affirm the judgment of the trial court. All costs of the appeal are assessed to Timothy Austin Scaife.

**AFFIRMED.**